UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXANDRIA MILLAN,<br>Plaintiff | §<br>§<br>§ | |
| v. | § | NO. 5:21-CV-00659 -JKP-HJB |
| | § | |
| BEXAR COUNTY, TEXAS,<br>Defendant | §<br>§<br>§ | |
| | | |
| NANCY A. MCCLURE-SOTO,<br>Plaintiff | §<br>§<br>§ | |
| v. | § | NO. 5:21-CV-00660 -JKP-HJB |
| | § | |
| BEXAR COUNTY, TEXAS,<br>Defendant | §<br>§<br>§ | |

## ORDER

On this day the Court heard the Second Unopposed Motion To Extend Deadline To File Dispositive Motions in these cases, and upon good cause shown, finds same should be GRANTED.

The deadline to file dispositive motions in the above referenced cases is extended to December 6, 2023.

IT IS SO ORDERED.

_____, 2023

_____
Henry J. Bemporad
United States Magistrate Judge

4