UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NANCY MCCLURE-SOTO, § <br> § <br> Plaintiff, § <br> § <br> v. §     SA-21-CV-660-JKP <br> § <br> BEXAR COUNTY, TEXAS, § <br> § <br> Defendant. § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

All pretrial matters for which this case was referred have been handled. Accordingly, it the above-entitled and numbered cause is **RETURNED** to the District Court for further proceedings.

It is so **ORDERED**.

**SIGNED** on December 8, 2023.

_____
Henry J. Bemporad
United States Magistrate Judge